# Commonwealth *against* Crommie.

Where the father is living with the mother, to make a valid indenture of apprenticeship of their son, the assent of the father before the magistrate at the time of the binding, expressed in writing, is necessary : the assent of the mother is not sufficient.

COMMONWEALTH ex relatione George Bustard against Edward H. Crommie. Habeas corpus to bring up the body of James Bustard, an indented apprentice. The depositions of witnesses were taken, by which it appeared that James Bustard, a son of the relator, and under 21 years of age, was bound an apprentice to the defendant Crommie by an indenture executed before alderman Zantzinger. The mother of Bustard was present and assented to it in the indenture, but there was no written assent of the father, nor was he present. He swore he never consented, but left the care of the boy entirely to his mother, by whom he was informed of the binding at or after the time it took place, and

[Commonwealth v. Crommie.]

that the boy had previously been put at several places by his mother. He had an objection to binding him as apprentice to any one. The mother deposed that James was bound to Crommie at his own instance, but his father had no knowledge of it and did not consent to it, and was opposed to binding him at all. She told him of it about the time. Alderman Zantzinger deposed that Mrs Bustard told him that it was with the consent of her husband and herself, that he was sick and unable to attend; that he expected the husband to call if there was any objection on his part and remedy it.

*Miles,* for the relator.
*Kneass,* contra.

PER CURIAM.—The form of the assent is immaterial; but it must be expressed before the magistrate at the time of the binding, which is the time material to the validity of the act; and it must be a written accompaniment of the indenture. In this instance, the mother was not the parent indicated by the statute; and as the father was not present, and did not attest the paper, or give any other written expression of his assent to it, the binding was void.

Apprentice discharged.